UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
94 AUG 31 PM 3: 21

CLERK-ALBUQUERQUE

|  |  |
|---|---|
| CARL WILSON, an individual, and AUDREE WILSON, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>HARPERCOLLINS PUBLISHERS, INC., a Delaware corporation, and EUGENE LANDY, an individual,<br><br>  Defendants. | No. CIV 94 892 JC |

### NOTICE OF THE VOLUNTARY DISMISSAL OF DEFENDANT EUGENE LANDY

COME NOW plaintiffs CARL WILSON and AUDREE WILSON by their attorneys and pursuant to Rule 41 (a), F.R.Civ.P., to give notice of the dismissal of defendant EUGENE LANDY without prejudice prior service upon said defendant.

Respectfully submitted,

LANGBERG, LESLIE & GABRIEL P.C.

and

ROMERO LAW FIRM

By: _____
Ernesto J. Romero J.D.
3602 Campus N.E.
Albuquerque, N.M. 87106
(505) 262-2131
Attorneys for Plaintiffs

