IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 19 1994
_____
CLERK

CARL WILSON, an individual, and
AUDREE WILSON, an individual,

      Plaintiffs,

v.                                    No. CIV 94-892 JC/LFG

HARPERCOLLINS PUBLISHERS, INC.,
a Delaware Corporation and
EUGENE LANDY, an individual,

      Defendants.

**CERTIFICATE OF SERVICE**

We hereby certify that an endorsed copy of Defendant's Order granting a 30 day extension until October 13, 1994 to respond to the complaint was served upon Plaintiffs' counsel, Jody Leslie, at the address set forth below, by first-class mail, this _19th_ day of September, 1994.

      Jody Leslie, Esq.
      Langberg, Leslie & Gabriel
      2049 Centruy Park East, Suite 3030
      Los Angeles, CA  90067


      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

      By _/s/ William S. Dixon_
         William S. Dixon
      Post Office Box 1888
      Albuquerque, New Mexico 87102
      (505) 765-5900

I hereby certify that on the
19th day of September, a copy
of the foregoing was mailed to
counsel of record.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _William S. Dixon_
    William S. Dixon