IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARL WILSON, an individual, and
AUDREE WILSON, an individual,

      Plaintiffs,

v.

HARPERCOLLINS PUBLISHERS, INC.,
a Delaware Corporation and
EUGENE LANDY, an individual,

      Defendants.

No. CIV 94-892 JC/LFG

## CERTIFICATE OF MAILING

Defendant HarperCollins Publishers, Inc., by and through its attorneys, Rodey, Dickason, Sloan, Akin & Robb, P.A., hereby certifies that a conformed and endorsed copy of the Order granting defendant's Motion for Extension of Time to answer or otherwise respond to the First Amended Complaint for Libel was mailed to all counsel of record as follows:

    Ernesto J. Romero
    3602 Campus Blvd., NE
    Albuquerque, NM  87106

    Jody Leslie
    Langberg, Leslie & Gabriel
    2049 Century Park East, Suite 3030
    Los Angeles, CA  90067

                    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                    By _____
                        William S. Dixon
                    Attorneys for Defendant, HarperCollins
                      Publishers, Inc.
                    Post Office Box 1888
                    Albuquerque, New Mexico 87103
                    Telephone:  (505) 765-5900



We hereby certify that a copy of
the foregoing was mailed to all
counsel of record this 7th day
of November, 1994.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _William S. Dixon_____
   William S. Dixon