**UNITED STATES DISTRICT COURT** 

500 Gold Avenue, S.W. - P. O. Box 1549
Albuquerque, New Mexico 87103

*LORENZO F. GARCIA*                                                    *505-766-2261*
*Magistrate Judge*                                                     *FAX: 766-6506*

November 14, 1994

TO:   Docket Clerk

RE:   **CIV 94-892 JC/LFG** - Carl Wilson et al. v. Harpercollins Publishers

Please have the docket sheet reflect that a Rule 16 scheduling conference was held <u>Monday, November 14, 1994</u> at <u>9:00</u> by Magistrate Judge Lorenzo F. Garcia in the above matter.

FOR PLAINTIFFS:     Ernesto J. Romero, Esq.
                    Jody Leslie, Esq.
                    Beth Dumas, Esq.

FOR DEFENDANT:      William S. Dixon, Esq.
                    R. Bruce Rich, Esq.
                    Katherine J. Daniels, Esq.

