IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARL WILSON, an individual, and
AUDREE WILSON, an individual,

    Plaintiffs,

v.

    No. CIV 94-892 JC/LFG

HARPERCOLLINS PUBLISHERS, INC.,
a Delaware Corporation and
EUGENE LANDY, an individual,

    Defendants.

## CERTIFICATE OF MAILING

Defendant HarperCollins Publishers, Inc., by and through its attorneys, Rodey, Dickason, Sloan, Akin & Robb, P.A., and Weil, Gotshal & Manges, hereby certifies that a copy of the Order entered August 29, 1995 granting the Joint Motion for Order Regarding Extensions of Time was mailed to Ernesto J. Romero, 3602 Campus Blvd., NE, Albuquerque, New Mexico, 87106, and to Beth Dumas, Langberg, Leslie & Gabriel, 2049 Century Park East, Suite 3030, Los Angeles, California, 90067, the 30th day of August, 1995.

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____
    William S. Dixon
    Attorneys for Defendant, HarperCollins
      Publishers, Inc.
    Post Office Box 1888
    Albuquerque, New Mexico 87103
    Telephone:  (505) 765-5900

    -and-

    R. Bruce Rich
    Katherine J. Daniels
    WEIL, GOTSHAL & MANGES
    767 Fifth Avenue
    New York, New York  10153
    Telephone (212) 310-8000

We hereby certify that a copy of
the foregoing was mailed to all
counsel of record this 31st day
of August, 1995.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _William S. Dixon_____
    William S. Dixon