IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CARL WILSON, an individual, and AUDREE WILSON, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| HARPERCOLLINS PUBLISHERS, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) ) |

Case No. CIV 94 892 JC

## DECLARATION OF EDWIN DIAMOND

## IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO

## HARPERCOLLINS' MOTION FOR SUMMARY JUDGMENT

I, Edwin Diamond, hereby declare as follows:

1.    I have been retained by counsel for Plaintiffs Audree Wilson and Carl Wilson to serve as an expert witness concerning book publishing procedures, and further, to provide testimony relevant to the Court's determination of whether HarperCollins published "Wouldn't It Be Nice" (the "Book") with actual malice (sometimes referred to as constitutional malice), and with negligence.

2.    Attached hereto as Exhibit "A" and incorporated herein by reference and made a part hereof for all purposes, is a true and correct copy of my expert witness report, which accurately sets forth my opinions and analysis, and the basis for such.

3.    Attached hereto as Exhibit "B", and incorporated herein by reference and made a part hereof for all purposes, is a true

and correct copy of my resume/curriculum vitae. As stated therein, I am a professor in the Department of Journalism at New York University and have served as such since 1984. The attached resume/curriculum vitae contains an accurate account of my other academic positions, the editorial positions I have held at various publications, the books I have written and contributed to, and the journalistic and academic awards and honors I have received.

4. As more fully set forth in my report, at every step along the way clear warning signs surfaced to HarperCollins' representative which called into question the reliability of Brian Wilson as a source, and the involvement of Eugene Landy. The evidence that I have reviewed supports a finding that HarperCollins published the Book in the face of real doubts about the accuracy of the Brian Wilson story and the reliability of Wilson as a source, and further, concerns about the dangers of involvement by Eugene Landy, all of which HarperCollins failed to investigate and resolve in a reasonable manner.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

DATED: 9/25/95

_____
EDWIN DIAMOND

ALL-STATE LEGAL SUPPLY CO., 1-800-222-0510   ED 11

Exhibit A

EDWIN DIAMOND
DEPARTMENT OF JOURNALISM, NEW YORK UNIVERSITY
ROOM 402, 10 WASHINGTON PLACE
NEW YORK, NEW YORK 10003

I have been retained by Plaintiffs Carl Wilson and Audree Wilson to provide expert testimony in <u>Carl Wilson, an individual, and Audree Wilson, an individual v. HarperCollins Publishers, Inc., a Delaware corporation</u>, pending in the United States District Court of Albuquerque, New Mexico (Case No. CIV 94 892 JC).

The opinions that I will testify to are from the perspective of a lifelong journalist and author as well as a media critic and teacher of journalism. In preparing this report I was aided by my research associate Bill Aulden.

The opinions I will testify to are, at least preliminarily, as follows:

Based on my experience of over forty years as a reporter, columnist, author and editor, I note that the bedrock for the preparation of any article or book is truth. Of course, the author is responsible for showing that his/her facts are accurate, the quotes real, and that all reasonable attempts have been made to "get it right." One of the basic standards of professional journalism is the two source confirmation of events rule (since the early 1970s, editors have routinely asked reporters for two-source validation of sensitive materials). In addition, at Newsweek, the Washington Post Company, New York Magazine, the New York Times Magazine, T.V. Guide, the American Journalism Review, the Columbia Journalism Review, and other

publications where I have worked or contributed to articles, a "fact-checking" process is built into the system -- the author turns over his/her files to full time researchers who verify facts, statistics, quotes, etc.  Articles are also "lawyered" -- read by attorneys retained by the publications.  This is particularly so when the publication may be potentially libelous.

The basic journalistic rule of thumb is to stop a story if there is any reasonable doubt as to the truth of the details contained therein.  The Associated Press works on a "deadline every minute", turning out an unending stream of stories.  Yet, the Associated Press "Stylebook and Libel Manual," a standard reference for journalists, states emphatically:

> "If the story is libelous or potentially
> libelous, if you can't prove it and if it is
> not privileged, don't move.  If it is already
> on the wire KILL IT AT ONCE."

Compared to the wire service work, book publishers like HarperCollins work at a leisurely pace.  Unfortunately, however, too many book publishers have decided that they are not information providers so much as operators of booths on the entertainment midway.  Diverse and newly intense commercial pressures have decisively altered the old notions of a quality control process.  The new-think arithmetic that leads to the purposeful avoidance of facts and truth is simple.  When HarperCollins gives Wilson-Gold a contract specifying $250,000.00 advance against earnings, it is committing itself to a "big book."

The memos, letters and documents I have reviewed pertaining to the publication process that <u>Wouldn't It Be Nice</u> underwent show that the HarperCollins' representatives responsible for bringing the book through the publication process harbored real doubts about the accuracy of the Wilson story, the competency of the storytellers and the dangers of the Svengali-like Landy figure. At every step along the way, clear warning signs regularly popped up. Just as regularly, the HarperCollins publication process plowed ahead. The following documents in particular support this opinion:

<u>HC00056</u> - In this memo from Tom Miller, HarperCollins' Senior Editor, to Richard Cariello dated March 21, 1990, Miller requests that a clause be added in the publishing contract which provides that Wilson will still be allowed to do the book even if he "splits up" with Dr. Eugene Landy. Thus, there is already doubt as to who is really telling the story.

<u>HC00343</u> - This is Barry Langberg's August 8, 1991 letter to Miller. In this letter, Langberg advises Miller that he represents the Wilson family in the conservator proceeding regarding Brian Wilson. He also advised Miller that there may be defamatory references to his clients. Further, he suggests that Brian Wilson may be under the undue influence of Dr. Landy and that Landy may have been a principal participant in the writing of the book. Langberg advises Miller to determine the veracity of statements made in the book due to these circumstances.

This letter is written in the context of the conservatorship action. It raises troubling issues that should be dealt with

seriously by HarperCollins.  Once again, there is the indication
that this book may not be an accurate rendition of the Brian
Wilson story.  It appears that the book could, in part, be a
story written to suit Landy's interests and not the truth.  Also,
Wilson's capacity to recall the details of his life is also
called into question by the contents of this letter.

HC00601 - This is a handwritten memo regarding a phone
conversation with James Tierney, Esq.  We believe it is probably
a memo by Miller or HarperCollins attorneys Matthew Martin or Jim
Fox.  The memo details Tierney's concerns "about the overall
focus" of the book.  Tierney says Wilson may "disown" the book
and that it contains "material falsehoods."  Tierney also says
that "BW has no recollection of anything that happened to him
from 1969-1968 (sic--we believe the number he intended was 1978);
he couldn't have recalled a great deal of what he claims to know
and attest to in the book i.e. specific conversations."  This is
a warning sign.

Tierney also asserts that the "book will alienate BW from
his mother and the Beach Boys, who are treated unfairly in the
book" -- another large warning sign.  Further, Tierney claims "it
is obvious that Landy is controlling the content of the book
against BW's interest."  Landy is engaged in scorched earth
tactics -- he is "burning the oil fields" -- to destroy Brian
Wilson's links with his family.  Finally, Tierney charges that
HarperCollins is "concerned only with its production schedule"
and that it "should be more concerned with the book's veracity."

Once again, despite the potential adverse motivation of the source, this conversation raises serious doubts that should not be dismissed from an editorial perspective.  When faced with something like this, an editor has to put a hold on publication and fully investigate the charges.

HC00604 - This is Matthew Martin's file memo dated July 3, 1991 regarding a conversation with another of Wilson's attorneys, Don Engel.  Engel apparently told Martin of his concerns over the potential undue influence of Landy and the possibility that Wilson never saw the manuscript.  Thus, there are serious doubts about the authenticity and veracity of the book being raised from yet another informed source.

HC00608 - This is a July 10, 1991 letter from Miller to Brian Wilson.  In the letter, Miller adopts the stance of a sideline cheerleader.  He calls Wilson's work a "super book."  He adds that "we're all very excited about publishing it."  Recklessly, foolishly, Miller doesn't take up any of the specific concerns with Wilson.  Instead, the publisher is telling him to push ahead with the book.

HC00609 - This is a handwritten memo regarding a July 15, 1991 conversation with Todd Gold.  Gold apparently told the memo's author (Martin?) that "Gene (Landy) will feed changes to Todd directly."  Once again, this leads to questions about the actual author of the work.  HarperCollins has effectively been told that Wilson is out of the loop.

HC00611 - This is a handwritten memo (by Martin?) detailing a July 15, 1991 conversation with Engel.  Engel apparently

indicated that Landy was always present when Wilson reviewed the manuscript.  The memo added that Landy was bleeding Wilson dry and that Wilson wanted to get Landy "out of his hair."

HC00613 - This is another handwritten memo (by Martin?) regarding a July 16, 1991 conversation with Engel.  In this conversation, Engel apparently claimed that "there have been times in the last two years" where there have been things that Wilson has "said or done" that "are not the actions of BW, but rather that of Landy."  Once again, these two memos make it clear that there are fundamental questions about who is the source of the book.  Obviously, the figure of Landy is still hanging over the manuscript at this point in the process.

HC00614 - This is a lengthy file memo by Martin dated July 24, 1991.  In it, he details meetings with Wilson, Engel and a conversation with Mark Meador, a representative of Landy's. Although Wilson says he is happy with the "revealing" book and is ready to go on the book tour, Martin notes that Wilson "doesn't address specifics well."  Martin writes that Engel reiterated "many of the points he had been making with Jim Fox and me over the past week or so..."  According to Martin, Meador expressed Landy's "concern with the manner in which the legal review was carried out without his consultation."

Thus, concerns over Landy's input and Wilson's serious lack of knowledge about the contents of "his" own book can only have been stoked by virtue of these conversations.

<u>HC00631</u> - This is an undated handwritten memo (by Martin?) regarding a conversation with Gavenchak.  The memo indicates that Gavenchak said "...All the recent stuff came a lot from Landy."

<u>HC00634</u> - This is another undated handwritten memo.  The memo indicates that Bill Shinker, the man at the top of HarperCollins (his formal title is "publisher"), "would not tolerate Landy signing (the book contract) for Brains & Genius." The memo continues:  "Bill didn't trust Landy; didn't want Landy involved."  Thus, at the very inception of the project, HarperCollins was wary of Landy and his potential role in the book.  The fact that many voices warned HarperCollins to go slow in regards to Landy months before publication should have been more than enough to put everything on hold until his role could be determined.

<u>HC00652</u> - This is an undated message from Gene Landy to Tom Miller.  In it, Landy says that Engel should not be given a copy of the manuscript since the contract is with B & G (Brains+Genius) of which Landy is a partner.  This gives credence to Engel's concerns over Landy.

<u>HC00657</u> - This is a draft of a press release by HarperCollins publicity man Craig Herman regarding the book.  In celebrity-style prose, it sings the praises of the "remarkably candid story" of Wilson's "meteoric early rise to stardom, his descent into the abyss, and his pulling back at the last possible moment to save himself and resume his brilliant career."  This is how HarperCollins planned to market the Wilson saga.  It seems

that concerns about factual accuracy and reliability can't be allowed to slow its marketability.

HC00676 - This is a handwritten memo (by Martin?) regarding a May 30, 1991 meeting with "JF, GG & SM."  This memo indicates that Carl Wilson and Audree Wilson refused to be interviewed in connection with the book.  There is no indication of what efforts, if any, were made to confirm passages regarding Carl or Audree Wilson.  Again, a violation of the fundamentals of checking in Journalism 101.

There is, of course, an entry which indicates that there was discussion regarding the "matter of BW's competency...alleged that Landy took advantage of BW."  This shows that HarperCollins was aware of potential dangers involving the allegations about Carl and Audree.  Also out in plain view:  the problems resulting from Brian Wilson's incompetency and Landy's influence on him.

HC00684 - This is a June 14, 1991 memo from Fox to Shinker regarding "problems with the review of the Brian Wilson book." Fox indicates that Gavenchak's "initial reaction was that there were perhaps some insurmountable problems."  Fox indicates, though, that Martin told him that the problems are "near resolution."  He also indicates that "we are coming in close to the production schedule required."  Thus, once again HarperCollins appears to be blithely skipping the warning signs as it plows ahead to meet production and publicity deadlines.

HC00685 - This is a handwritten memo (by Martin?) dated June 17, 1991 entitled "Final Analysis of Hot Issues."  One of the issues outlined is "Mother-ref to her drinking (BW should know)."

There is no indication of any further investigation or confirmation than this.

HC00693 - This is a handwritten memo entitled "Brian Wilson MM-6/26/91."  The memo, at paragraph 1, asks "Do we have any reason to believe Brian Wilson is capable of telling his story-Tierney questions whole book-Brian Wilson is not capable of remembering what anybody said."  At paragraph five, the memo says, cryptically, but devastatingly, "Reasonably sure he has been used."

Two pages later, the memo has a section marked "Decision." Paragraph 1 of that section says "Forget Tierney-if he wants to assert falsehood he can write(;) unacceptable for him to review." Paragraph 2 says "Main concern-Beach Boys-Brian's mother."

The memo goes on to deal with "Concern.  1969-1968 (sic--read 1978) BW doesn't remember anything.  JG.  When BW cldn't remember he told him.  Remember detail, so cld when reminded (Todd Gold).  Engel request.  More people who see, more problem."

This memo makes it clear that HarperCollins had serious concerns about the veracity of this work both in general and as it concerned the Beach Boys and Brian's mother, in particular. It also indicates that HarperCollins was prepared to "forget" about one of the lawyers who was one of the main sources of these concerns.

HC00699 - This is a handwritten memo (by Martin?) concerning a July 8, 1991 conversation concerning Brian Wilson.  Once again, Engel's concerns with Landy's influence on Wilson are detailed. Also, the possibility that Wilson "has never seen" the manuscript

is discussed.  A question is also raised concerning "What kind of records" were kept by Gold/Wilson concerning time.

HC08609 - This is an internal "Reader's Report" prepared by Jim Hornfischer dated October 9, 1990 to Senior Editor Tom Miller.  The report asserts that "this is certainly not brilliant autobiography."  The report adds that "the writing is full of cliches and clunky language."  In the last paragraph, the celebrity marketplace is placed ahead of any journalistic or writing standards.  The report states "With these faults in evidence, it may seem strange to conclude that the manuscript is on track and should pose no problems assuming the writer can amplify a point or two and rework a few pages or a chapter about the author's romantic life.  I think the book is about at the level of its market and, with some fairly heavy line editing, will be in publishable shape."  The phrase "level of its market" is disturbing.

HC08625 - This is a memo to Wilson, Landy and Gold from Tom Miller dated March 25, 1991.  In contrast to the Reader's Report discussed above this memo states:  "Wow!  What a manuscript. It's one of the most candid and compelling books I've worked on. Congratulations!  The narrative voice is by and large extremely effective, and the reader ends up really liking and caring about Brian."

The letter goes on to provide a detailed series of suggested changes, then a seemingly tossed-off postscript reminding the authors of the "tight crash schedule" and ask them to give him

the revised manuscript "as soon as you are humanly able to deliver it."

The fact that Landy is included on the memo is further evidence of his apparent role in the project.  Further, that HarperCollins' concern about its deadlines, catalog, publication date, book tour, ad campaign, hype, etc., is taking precedence over everything editorial, is clearly set forth in the document.

HC08639 - This is a letter of May 15, 1991 from Miller to Wilson and Landy.  Once again, he compliments them on their work, calling it "a great book."  He also tells him that he needs the "last problems on the script resolved by Monday as we discussed."

HC08689 - This is a file memo by Hornfischer dated August 12, 1991 regarding a phone call from Landy.  An angry Landy called Hornfischer -- the therapist was "swearing and shouting" -- because he hadn't received a bound-galley proof prior to meeting with producers from ABC's "Primetime Live."  Landy also is quoted as saying "that since he had met all of our deadlines we should have done him the courtesy of sending him a legally uncorrected galley as soon as possible."  This memo reinforces the strong impression that Landy was intimately involved in the writing of the book.

HC08858 - This is a fax from Miller to Wilson and Landy dated May 22, 1991.  In it, he asks them to provide him with "copies of all media (magazine articles, newspaper articles, etc.) about Brian and the Beach Boys, especially material in which some of the revelations (about disputes with the Beach Boys, relations with Marilyn and her sisters, Brian's mother's

alcoholism, etc.) are mentioned.  We're doing research on this end, too.  I asked Todd if he had any press and source material, and he told me he had given it all to Brains and Genius."

This indicates that HarperCollins had at least a nagging concern about some of the "revelations" in the book.  The fact that they are doing "research" is commendable, though note that it is very vague sounding.  There is nothing in the files, for example, to indicate who is doing what at HarperCollins, or whether any such "research" exists:  reading a pile of news clips does not constitute fact checking (Journalism 101).  Nor do we know whether Wilson and Landy complied with this request.  There is no evidence that HarperCollins or the Squadron law firm or anyone at the editorial end had interviewed anyone who could shed light on the allegations.

HC08984 - This is a HarperCollins in-house memo from Craig Herman to Karen Mender dated August 19, 1991, regarding the Wilson book tour.  He says he is "having some major problems with scheduling the Brian Wilson tour and it is critical that they be resolved immediately."

He goes on to say he is "sincerely concerned about how this tour will proceed, if at all.  I have tried on numerous occasions to speak to Brian Wilson directly, but have yet to be connected to him.  My suspicions (fueled by TV producers) are that Mr. Wilson may not be as coherent as we are led to believe and that Dr. Landy may be looking for any excuse to cancel the book tour. The success of this book tour will depend on how well Mr. Wilson

communicates.   If he is incoherent and we send him on the road, it obviously won't be good for Brian Wilson or HarperCollins."

So, even as the book is going into its final publishing stage, HarperCollins has serious doubts as to Wilson's competency and ability.

HC10196 - This is an undated letter from Herman to Mender. He indicates that he spoke with Wilson's attorney who told him "to go ahead with the publicity plans as if nothing was happening behind the scenes."  He adds that the attorney told him "truthfully that there was a 50/50 chance that Brian, being the emotionally unstable chap that he is, could lose it for good and therefore be unfit to fulfill his tour agreement."

As I reviewed HarperCollins' handling of this project, I am left with the inescapable conclusion that HarperCollins determined -- willfully so -- to look the other way when confronted with the unpleasant truths about Wilson, Landy, this book and its potential lack of veracity.  Having committed to this project, and in the face of doubts about Wilson, Landy's role, etc., etc., HarperCollins consistently focused on getting the book out rather than dealing with questions of the factual basis for the work.

HarperCollins should have put a hold on this project, at least, and maybe even killed it -- and eaten its losses, this wouldn't be unprecedented -- when it became clear that there was no way to sort out the interplay between Wilson's obvious problems and Landy's role in the writing of the book.

Attached to this report is a copy of my curriculum vitae. Also attached is a partial list of my publications for the past ten years.  I am still in the process of preparing a comprehensive list, and will supplement the enclosed list.


DATED:  May ___, 1995

_____
EDWIN DIAMOND

Attached to this report is a copy of my curriculum vitae. Also attached is a partial list of my publications for the past ten years. I am still in the process of preparing a comprehensive list, and will supplement the enclosed list.

DATED: May 26, 1995

Edwin Diamond

EDWIN DIAMOND

wl13\010\report.ed

MAY-26-'95 19:11 ID: TEL NO:212-679-3453 #300 P02

Exhibit B

CV
Edwin Diamond

<u>Education</u>

Ph.B. University of Chicago 1947, honors
M.A. University of Chicago 1949

<u>Work</u>:        <u>Professional</u>

| | |
|---|---|
| Reporter, Newspapers, Wire Services<br>Chicago, Washington | 1953-1957 |
| Writer, Editor, Senior Editor <u>Newsweek</u><br>New York City | 1958-1970 |
| Contributor, <u>New York Magazine</u><br>New York City | 1970-1977 |
| Comentator Post-Newsweek TV Stations<br>Washington | 1970-1977 |
| Co-Founder & Senior Editor, <u>Washington<br>Journalism Review</u><br>Washington | 1977-1980 |
| Associate Editor, <u>New York Daily News</u><br>New York City | 1980-1981 |
| Editorial Director, A/S/M/ Publications<br>New York City | 1981-1984 |
| Contributing Editor, <u>New York Magazine</u><br>New York City | 1984-1994 |

<u>Work</u>:        <u>Academic</u>

| | |
|---|---|
| Senior Fellow, Massachusetts Institute of<br>Technology<br>Cambridge | 1970-1972 |
| Visiting Lecturer, Department of Political<br>Science, M.I.T. | 1972-1974 |
| Senior Lecturer, Department of Political<br>Science, M.I.T. | 1974-1979 |
| Visiting Professor, Department of Political<br>Science, M.I.T. | 1979-1985 |
| Professor, Department of Journalism, NYU<br>New York City | 1984-Present |

| | |
|---|---|
| Founder and Director, News Study Group | 1972-Present |
| Visiting Fellow | |
| Annenberg Washington Program | 1994-Present |
| Washington | |

Books:

The Science of Dreams, Doubleday, 1962

The Rise and Fall of the Space Age, Doubleday, 1964

The Tin Kazoo:  Television, Politics and the News, M.I.T. Press 1975 (paperback, 1977)

Good News, Bad News, M.I.T. Press, 1978 (paperback, 1980)

Jimmy Carter:  An Interpretive Biography (with Bruce Mazlish), Simon and Schuster, 1980

Sign Off:  The Last Days of Television, M.I.T. Press, 1982 (paperback, 1984)

Telecommunications in Crisis:  The First Amendment, Technology and Deregulation  (with Norman Sandler) Cato Institute, 1983

The Spot:  The Rise of Political Advertising on Television (with Stephen Bates), M.I.T. Press, 1984, Third Edition, 1992

The Media Show, M.I.T. Press, September 1991

Behind the Times:  Inside the 'New' New York Times, Villard Books, 1994

White House to Your House, M.I.T. Press, October 1995

Contributor to Following Books:

Five Worlds of Our Lives, Hammond, 1980

Media and the Cities, University of Chicago Press, 1966

Readings in Mass Communication, WCB Publishers, 1980

The Great Debates:  1988, Congressional Quarterly Press, 1989

Urban Government:  New York Style, M.E. Sharpe Company, 1990

Aids:  Effective Health Communication for the 90's, Taylor & Francis, 1993

Bill Clinton:  The Inside Story, SPI Books, 1993

Articles:

More than 470 published articles in such publications as Public Opin[.]
The New York Times Magazine, The Columbia Law Review, The New R[e]
Nation, The Columbia Journalism Review, The Washington Journalism R[e]
National Journal, Technology Review, New York, Esquire, Lears, Encycl[.]
Britannica

Other current projects include work of The News Study Group at NYU:

An analysis of Campaign '92: The Coverage

Japanese News in the U.S. Press, 1986-1994

Media Watch: A five-nation study of synoptic observations.
Selected news as seen on television in the U.S., Israel, China. Russ[.]

News and the New Technologies: The contents and styles of the Inte[..]
new networks in the U.S.

Awards and Honors:

Journalistic:    Page One Awards, Newspaper Guilds of Chicago an[d]
                 1955, 1956

                 AAAS Award, Science Writing, 1962

                 Fairchild Award, Air Safety Writing, 1962

                 Communication Arts Award, Media Criticism, 1974

                 Lowell Mellet Award, Media Criticism, 1977

                 Page One Award, "Best Magazine Article," 1985

                 Society of Silurians, Magazine Writing, 1992

                 Professional Achievement Award, Alumni Association,
                 University of Chicago, 1994

Academic:        Class of 1951 Lecturer on American Institutions, [..]
                 Academy, 1974, 1975

                 Study Group Leader, Institute of Politics, JFK Schoo[l]
                 Government, Harvard University, 1976-1979

                 U.S. Department of State, Distinguished Visiting Lect[.]
                 Brazil, Chile, El Salvador, 1978

                 Birnbach's College Book, 1984, Best Professors at [.]
                 (One of six named in 1984 edition)



"Golden Dozen" Award for Teaching, NYU, 1988

<u>Professional Groups:</u>
<u>Directorships</u> (current)

      Member, Advisory Board, The Press and Public Project, N.Y.C.

<u>Research Work:</u>

      My work in media analysis has been supported in part by the following
foundations:  Ford, Sloan, Markle

      Currently my research in Japanese news coverage is paritally supported
by the Government of Japan.

<u>Military Government Service:</u>

      Infantryman, special services WWII
Bronze Star Medial with oak leaf cluster
Purple Heart Medal
ETO Medal with 2 battle stars

      Intelligence officer, Korean War, Washington

Revised, April 1995

*[handwritten: According to / recent publications of (?) (1995 work and much of 1994 not here)]*

fee-based full-text delivery on Information Access Company's Magazine ASAP]

. Diamond, Edwin.
   Can you prove the hollandaise was curdled: the legal uproar over a 'Times'
   tic. (libel suit filed by author Dan E. Moldea against the New York
   .imes) (Media) (Column)
   New York v27, n16 (April 18, 1994):32 (2 pages).
   Pub Type:  Column.
   Abstract; text available.

. Diamond, Edwin.
   Farrakhan over easy. (press coverage of Louis Farrakhan and his
   followers)(Media)
   New York v27, n13 (March 28, 1994): 30 (2 pages).
   Abstract; text available.

. Diamond, Edwin.
   TV's lower common denominator. (proliferation of prime-time network news
   programs) (Media) (Column)
   New York v27, n11 (March 14, 1994):18 (2 pages).
   Pub Type:  Column.
   Abstract; text available.

. Diamond, Edwin.
   For Nancy and Tonya, it's a win-win: and for TV and magazines, too.
   (figure skaters Nancy Kerrigan and Tonya Harding) (Media) (Column)
   New York v27, n9 (Feb 28, 1994):24 (2 pages).
   Pub Type:  Column.
   Abstract; text available.

. _iond, Edwin.
   Thrilled with Bill; the press and the president. (Bill Clinton) (Column)
   New York v27, n7 (Feb 14, 1994):14 (2 pages).
   Pub Type:  Column.
   Abstract; text available.

). Diamond, Edwin.
   People who need People; twenty years later. (the success of People
   magazine)(Media)
   New York v27, n5 (Jan 31, 1994):12 (2 pages).
   Abstract; text available.

. Diamond, Edwin.
   Gennifer, part II. (G. Flowers and Bill Clinton) (Media)
   New York v27, n3 (Jan 17, 1994):16 (2 pages).
   Abstract; text available.

. Diamond, Edwin.
   Changing Times. (the current image and contents of The New York Times)
   American Journalism Review v16, n1 (Jan-Feb, 1994):16 (6 pages).
   Abstract; text available.

. Diamond, Edwin.
   The last word: behind the mystique of the The New York Times Book Review.
   'excerpt from the book 'Behind the Times')
   ew York v27, n2 (Jan 10, 1994):28 (8 pages).
   Abstract; text available.

. Diamond, Edwin.
   Gun and poses: Hollywood takes on violence. (media campaign to discourage

gun use) (Media)
New York v26, n48 (Dec 6, 1993):32 (3 pages).
Abstract; text available.

18. Diamond, Edwin.
Time marches on: rethinking the newsweekly. (redesigning Time magazine) (Media)
New York v26, n45 (Nov 15, 1993):22 (2 pages).
Abstract; text available.

19. Diamond, Edwin.
Chickening out: the press and the campaign. (New York, New York, mayoral campaign) (Media)
New York v26, n43 (Nov 1, 1993):18 (2 pages).
Abstract; text available.

20. Diamond, Edwin.
The postman rings twice. (The New York Post continues publishing) (Media)
New York v26, n41 (Oct 18, 1993):51 (2 pages).
Abstract; text available.

21. Diamond, Edwin.
Channeling: cable networks multiply. (Media)
New York v26, n39 (Oct 4, 1993):32 (2 pages).
Abstract; text available.

22. Diamond, Edwin.
We are the weird. (media coverage of child abuse allegations against pop singer Michael Jackson) (Media)
New York v26, n36 (Sept 13, 1993):28 (3 pages).
Abstract; text available.

23. Diamond, Edwin.
Howlin' Howell. (profile of Howell Raines, the new editor of the New York Times newspaper) (Media)
New York v26, n34 (August 30, 1993):28 (2 pages).
Pub Type:  Biography.
Abstract; text available.

25. Diamond, Edwin.
Inside job. (Karim Hajee, journalist for New York 1 News, makes connections with terrorists involved in the World Trade Center bombing) (Media)
New York v26, n31 (August 9, 1993):30 (2 pages).
Pub Type:  Biography.
Abstract; text available.

28. Diamond, Edwin.
The eye has it. (management of CBS Broadcast Group) (Media)
New York v26, n27 (July 12, 1993):14 (2 pages).
Abstract; text available.

29. Diamond, Edwin.
It's the software stupid. (President Clinton's relationship with the press) (Media)
New York v26, n25 (June 21, 1993):16 (2 pages).
Abstract; text available.

31. Diamond, Edwin.
Out of the Closet. (gays working at the New York Times) (Media)

New York v26, n21 (M● 24, 1993):14 (2 pages). ●
Abstract; text available.

33. Diamond, Edwin.
The death of truth. (the increase in false information being published)
New York v26, n18 (May 3, 1993):15 (2 pages).
Abstract; text available.

34. Diamond, Edwin.
Rupert redux: back 'home' at the Post. (publisher Rupert Murdoch back at
New York Post) (Media)
New York v26, n15 (April 12, 1993):16 (2 pages).
Abstract; text available.

35. Diamond, Edwin.
Never again? ABC's mission in Bosnia. (Media)
New York v26, n14 (April 5, 1993):16 (2 pages).
Abstract; text available.

36. Diamond, Edwin.
The check is in the mail: please, Mr. Postman. (Steven Hoffenberg, New
York Post) (Media)
New York v26, n6 (Feb 8, 1993):19 (2 pages).
Abstract; text available.

37. Diamond, Edwin.
Auto-destruct: NBC's Gartner goes boom. (NBC News president Michael
Gartner resigns after simulated burning of General Motors truck on Dateline
NBC) (Media)
New York v26, n11 (March 15, 1993):18 (2 pages).
Abstract; text available.

38. Diamond, Edwin.
The Pete principle: Hamill takes over the Post. (Pete Hamill becomes
editor-in-chief of the New York Post) (Media)
New York v26, n9 (March 1, 1993):32 (2 pages).
Abstract; text available.

39. Diamond, Edwin.
Oh, Kay: the unauthorized Graham. (Media)('Power, Privilege and the Post:
The Katherine Graham Story' by Carol Felsenthal)
New York v26, n8 (Feb 22, 1993):12 (2 pages).
Pub Type:  Biography.
Abstract; text available.

40. Diamond, Edwin.
Tab war. (newspapers New York Post, Daily News) (Cover Story)
New York v26, n7 (Feb 15, 1993):22 (5 pages).
Pub Type:  Cover Story.
Abstract; text available.

41. Diamond, Edwin.
Good Rupert, bad Rupert: finally, that Shawcross book. (Rupert Murdoch,
William Shawcross, 'Murdoch') (Media)
New York v26, n4 (Jan 25, 1993):20 (3 pages).
Abstract; text available.

53. Bates, Stephen; Diamond, Edwin.
Damned spots: a defense of thirty-second campaign ads.
New Republic v207, n11-12 (Sept 7, 1992):14 (3 pages).

-1-1 of 1----------------------------------------UnCover----------------------

iamond, Edwin                              (Nieman reports.   Spr  94 )
Behind the Times.

2 Diamond, Edwin                           (National journal.  11/19/94)
   In covering President Clinton's health care reform p...

3 Sharma, Anvita                           (National journal.  10/22/94)
   Press Watch.

4 Diamond, Edwin                                 (New york.  04/18/94)
   Media.

5 Diamond, Edwin                                 (New york.  03/14/94)
   Media.

6 Diamond, Edwin                                 (New york.  02/14/94)
   A year into the administration, Bill Clinton's handl...

7 Diamond, Edwin                                 (New york.  01/10/94)
   The Last Word.

8 Diamond, Edwin                                 (New york.  12/06/93)
   Luke Perry vs. the National Rifle Association?

9 Diamond, Edwin                           (National journal.  12/04/93)
   PressWatch.

10 Diamond, Edwin                          (National journal.  11/20/93)
   PressWatch.

11 Diamond, Edwin                    (American behavioral scientist.  11/01/93.)
   Pop Goes Politics: New Media, Interactive Formats an...

12 Diamond, Edwin                                (New York.  10/04/93)
   Media.

13 Diamond, Edwin                          (National journal.  06/26/93)
   PressWatch.

14 Diamond, Edwin                          (National journal.  04/24/93)
   PressWatch: Hillary-watchers enter a new phase.

15 Diamond, Edwin                                (New york.  04/05/93)
   Media: On TV, in print, storming the Yugoslavia beat...

16 Diamond, Edwin                    (New choices for retirement living.  04/01/93)
   CBS: Why It May Be the Only Network for Us.

17 Diamond, Edwin                                (New york.  02/15/93)
   Tab War.

   iamond, Edwin                                 (New york.  12/21/92)
  , TV News: Jeff Zucker.

19 Diamond, Edwin                                (New York.  11/09/92)
   The Almost Selling of the President, 1992.

Abstract; text available.

58. Diamond, Edwin; Newman, Jane.
    The candidates and the issues. (Democrats and Republicans gear for
    residential elections with stand on various issues)
    Technology Review v95, n4 (May-June, 1992):26 (8 pages).
    Abstract; text available.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
[UnCover]

------------------------------------------------------UnCover--------------------
AUTHOR(s):      Edwin Diamond
TITLE(s):       It's Deja Vu All Over Again.
Summary:        With a lift from technology, the full fury of the Los
                Angeles riots beamed directly onto your TV screen--24 hours
                a day. But though the hardware has improved since Watts,
                the analysis it carries has not. There's an eerie
                familiarity to the headlines, insights, and commentary that
                accompanied the riots. They recall L.A. in '65, Newark in
                '67.
                The finger-pointing is similar, too. Do we blame "race"? Or
                "class"? And what, precisely, is "the problem"?

        In:     New York.
                JUN 01 1992 v 25 n 22
     Page:      40

This article may be available in your library, at no cost to you.  To have ·
      faxed from UnCover, the following charges apply:

Service Charge:     $    8.50          * 1 Hour Fax *
Fax Surcharge:      $     .00
Copyright Fee:      $    3.00
                                  _____
Total Delivery Cost:  11.50

1-1 of 1------------------------------------------------UnCover--------------------


------------------------------------------------------UnCover--------------------
AUTHOR(s):       Diamond, Edwin
TITLE(s):        Changing Times.
Summary:         Today's New York Times is livelier, hipper and more
                 accessible. But is it still the Times?

         In:     American journalism review :  ajr
                 JAN 01 1994 v 16 n 1
      Page:      16
    SICI Code:   1067-8654(19940101)16:1L.16:CT;1-

This article may be available in your library, at no cost to you.  To have
      it faxed from UnCover, the following charges apply:

     :e Charge:      $    8.50
   a. Surcharge:     $     .00
   opyright Fee:     $    3.00
                                  _____
Total Delivery Cost:  11.50

20 Diamond, Edwin
   Press Watch: High-tech equipment has changed the way...          (National journal.  10/31/92)

21 Diamond, Edwin
   PressWatch: The old-line TV networks are finding new...          (National journal.  10/24/92)

22 Diamond, Edwin
   The Scoop on Mort.                                               (New York.  10/05/92)

23 Bates, Stephen
   Damned Spots: Guess what? The much lamented thirty-s...          (The new republic.  09/07/92)

24 Diamond, Edwin
   Media.                                                          (New York.  07/27/92)

25 Diamond, Edwin
   The Paper Chase.                                                (New York.  06/22/92)

26 Diamond, Edwin
   The Candidates and the Issues.                                  (Technology review.  05/01/92)

27 Diamond, Edwin
   Media: Time gets a facial--but have the contents cha...         (New York.  04/27/92)

28 Diamond, Edwin
   Selling Clinton.                                               (New York.  04/06/92)

29 Diamond, Edwin
   Crash Course.                                                  (New York.  02/17/92)

30 Diamond, Edwin
   Changing 'Time'.                                               (New York.  10/21/91)

31 Diamond, Edwin
   Old 'Times', New 'Times'.                                      (New York.  09/30/91)

32 Diamond, Edwin
   The Time's 'Wild Streak'.                                       (New York.  05/13/91)

   Diamond, Edwin
   To the Max.                                                    (New York.  03/25/91)

   Diamond, Edwin
   Who Won the Meida War.        (New York.
                                                         ... 03/18/91)
                                                        **FAX 1HR*

   Diamond, Edwin
   How CNN Does It.                                               (New York.  02/11/91)

   Klein, Joe
   The War Watch.                                                 (New York.  01/28/91)

   Diamond, Edwin
   'News' News.                                                   (New York.  12/03/90)

   Diamond, Edwin
   'News' at War.                                                 (New York.  11/12/90)

   Diamond, Edwin
   The Courtroom Bitches.        (Washington journalism review :  w... 09/01/90)

40 Diamond, Edwin                                            (New York.   08/20/90)
   Black on White.

4. amond, Edwin                                             (New York.   07/16/90)
   _he Book of Trump.

42 Diamond, Edwin                                            (New York.   06/25/90)
   All in the Family.

43 Diamond, Edwin                      (Columbia journalism review.   05/01/90)
   The priest, the prostitute, and the New York press.

44 Diamond, Edwin                    (Washington journalism review.   01/01/90)
   Mr. Nice Guy Meets the Press.

5 Diamond, Edwin                                             (New York.   09/04/89)
   Trump Vs. Stern.

6 Diamond, Edwin                                             (New York.   07/24/89)
   Media.

7 Diamond, Edwin                                          (TV guide   06/24/89)
   Covering the Environment: Is TV News Getting All the...

8 Diamond, Edwin                                          (TV guide   05/20/89)
   Is TV News Guilty of Japan Bashing?

9 Diamond, Edwin                                             (New York.   05/15/89)
   Anatomy of a Horror.

0 Diamond, Edwin                        (American behavioral scientist.   03/01/89)
   Spots.

1 Diamond, Edwin                                          (TV guide   02/11/89)
   Will TV Give Dan Quayle a Fair Chance?

2 Diamond, Edwin                                          (TV guide   11/05/88)
   Which Network You Should Watch on Election Day.

3 Diamond, Edwin                                             (New York.   10/10/88)
   The Light Hurrah.

4 Diamond, Edwin                                             (New york.   09/19/88)
   Media.