UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

95 SEP 28 PM 3:30

CLERK-ALBUQUERQUE

CARL WILSON, an individual, )
and AUDREE WILSON, an )
individual, )
 )
    Plaintiffs, )
 )
v. ) No. CIV 94 892 JC/LG
 )
HARPERCOLLINS PUBLISHERS, INC., )
a Delaware corporation, )
 )
    Defendants. )

## AMENDED CERTIFICATE OF SERVICE

COME NOW Plaintiffs by their attorneys, LANGBERG, COHN & DROOZ (Barry B. Langberg, Esq. and Beth Dumas, Esq.) and local counsel, Ernesto J. Romero J.D. to certify that the following pleadings were hand-delivered to opposing local counsel, William S. Dixon, Esq., Rodey Law Firm and were sent by federal express to opposing counsel, R. Bruce Rich, Esq., WEIL, GOTSHAL & MANGES, this 28th day of September, 1995:

1. Plaintiffs' Memorandum of Law in Opposition to Defendant Harpercollins' Motion for Summary Judgment;

2. Declaration of Dr. Janet Roehl in Support of Plaintiffs' Memorandum in Opposition to Harpercollins Motion for Summary Judgment;

3. Declaration of Edwin Diamond in Support of Plaintiffs' Memorandum in Opposition to Harpercollins Motion for Summary Judgment;

4. Declaration of Deborah Drooz,

5. Application for Acceptance of Filing Under Seal, (without the documents under seal which were retained by the Clerk's Office) and

1

6. Appendix of Out of State Cases in Support of Plaintiffs' Memorandum of Law In Opposition to Defendant Harpercollins' Motion for Summary Judgment.

Respectfully submitted,

LANGBERG, COHN & DROOZ

and

ROMERO LAW FIRM

By: _____
Ernesto J. Romero J.D.
3602 Campus N.E.
Albuquerque, N.M. 87106
(505) 262-2131
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing pleading to be hand-delivered to opposing local counsel, William S. Dixon, Esq. of the Rodey Law Firm and that I mailed a copy to R. Bruce Rich, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York, New York, 10153 this 28th day of September, 1995 with correct first-class postage affixed.

_____
Ernesto J. Romero J.D.

2