ORIGINAL

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

95 NOV 13 PM 1:52

_____
CLERK-ALBUQUERQUE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____
                                  )
CARL WILSON, an individual,       )   Case No. CIV 94 892 JC
and AUDREE WILSON, an             )
individual,                       )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )   DECLARATION OF BARRY B.
                                  )   LANGBERG IN SUPPORT OF
HARPERCOLLINS PUBLISHERS,         )   PLAINTIFFS' OPPOSITION TO
INC., a Delaware corporation,     )   MOTION FOR DISQUALIFICATION
          Defendant.              )
                                  )
_____)


     I, BARRY B. LANGBERG, declare as follows:

     1.   I am an attorney at law duly licensed to practice
before the courts of the State of California.  I am counsel of
record for Plaintiffs Carl Wilson and Audree Wilson in the above-
referenced matter.  I have personal knowledge of the facts set
forth herein, and if called as a witness, I could and would
testify competently thereto.

     2.   My former colleague, Jody Leslie, Esq., is no longer
associated with me in the practice of law.  At this time,
Ms. Leslie is an independent practitioner with offices in Los
Angeles, California.

     3.   During the course of the Conservatorship of Brian
Wilson litigation, Ms. Leslie and I were the two attorneys
primarily responsible for the representation of Carl Wilson,
Audree Wilson, Carnie Wilson and Wendy Wilson, Petitioners
therein.  Ms. Leslie took part in every aspect of the

conservatorship proceeding including discovery, court hearings, witness interviews, drafting of the settlement agreement, investigation, evaluation of evidence, and all other aspects. Ms. Leslie is completely familiar with every aspect of the conservatorship proceeding.

4.   Ms. Leslie is capable of testifying to all of the material information set forth in my declaration filed in support of Plaintiffs' Opposition to HarperCollins' Motion for Summary Judgment.   By utilizing Ms. Leslie's testimony, my testimony will be unnecessary.

5.   Deborah Drooz, an attorney currently associated in my firm, is not a participant in this case and will not participate as an attorney at the time of trial.

Executed on November 11, 1995, at Los Angeles, California.   I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

BARRY B. LANGBERG

CERTIFICATE OF SERVICE

I certify I caused a true copy of the foregoing pleading to be hand delivered to opposing local counsel, William S. Dixon, Esq. on this 13th day of November, 1995, and to be sent via Federal Express to Mr. Dixon's co-counsel, R. Bruce Rich, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York, New York 10153, on the 11th day of November, 1995.


Ernesto J. Romero by John J. Dancy
Ernesto J. Romero

v:\wil3\010\opp2disq