UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

96 NOV 22 PM 1:46

Robert M*...*
CLERK-ALBUQUERQUE

| | |
|---|---|
| CARL WILSON, an individual, and AUDREE WILSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HARPERCOLLINS PUBLISHERS, INC., a Delaware corporation,<br><br>Defendants. | No. CIV 94 892 JC/LG |

### CERTIFICATE OF SERVICE OF PLAINTIFFS' DESIGNATION OF PHASE II EXPERT WITNESS AND SERVICE OF PLAINTIFFS' EXPERT WITNESS REPORTS

COME NOW Plaintiffs by their attorneys, LANGBERG, COHN & DROOZ (Barry B. Langberg, Esq. and Beth Dumas, Esq.) and local counsel, Ernesto J. Romero J.D. to certify that on November 15, 1996 plaintiffs' counsel served a true copies of the following pleadings upon defendant's attorneys by federal express, the following: (1) Plaintiffs' Designation of Phase Two Experts and (2) the Declarations and Reports of Mark Kaplan, C.P.A.; Marilyn A. Lashner, Ph.D and of Mr. Berry Fey of Fey Concerts.

Respectfully submitted,

LANGBERG, COHN & DROOZ

and

ROMERO LAW FIRM

By: _____
Ernesto J. Romero J.D.
3602 Campus N.E.
Albuquerque, N.M. 87106
(505) 262-2131
Attorneys for Plaintiffs



1

CERTIFICATE OF SERVICE
==

I certify I caused a true copy of the foregoing pleading to be mailed to defendant's local counsel, William S. Dixon, Esq., Rodey Law Firm, P.O. Box 1888, Albuquerque, N.M. 87103-1888 and to R. Bruce Rich, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York, New York, 10153 on this 21st day of November, 1996 with correct first-class postage affixed.

_____
Ernesto J. Romero J.D.