UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|   |   |
|---|---|
| CARL WILSON, an individual, and AUDREE WILSON, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>HARPERCOLLINS PUBLISHERS, INC., a Delaware corporation,<br><br>    Defendants. | No. CIV 94 892 JC/LG |

<u>CERTIFICATE OF SERVICE OF PLAINTIFFS' NOTICE OF FILLING OF THE WORKING PAPERS OF PLAINTIFFS' EXPERT MARILYN LASHNER, Ph.D. IN SUPPORT OF PLAINTIFFS' RESPONSE BRIEF OPPOSITION TO DEFENDANT HARPERCOLLINS' MOTION TO EXCLUDE EXPERT TESTIMONY OF MARILYN LASHNER, Ph.D FOR A DAUBERT HEARING</u>

COME NOW Plaintiffs by their attorneys, LANGBERG, COHN & DROOZ (Barry B. Langberg, Esq. and Beth Dumas, Esq.) and local counsel, Ernesto J. Romero J.D. to certify that on January 16, 1997 plaintiffs' local counsel served upon William S. Dixon, Esq., local cousel for defendant-movant, the original and four (4) copies of Plaintiffs' Notice of Filing of the Working Papers of Expert Marilyn Lashner, Ph.D.

Respectfully submitted,

LANGBERG, COHN & DROOZ

    and

  ROMERO LAW FIRM

By:_____
    Ernesto J. Romero J.D.
      3602 Campus N.E.
      Albuquerque, N.M. 87106
      (505) 262-2131



1

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I certify I caused a true copy of the foregoing pleading to be hand-delivered to defendant's local counsel, William S. Dixon, Esq., Rodey Law Firm, P.O. Box 1888, Albuquerque, N.M. 87103-1888 and mailed to R. Bruce Rich, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York, New York, 10153 on this 16th day of January, 1997 with correct first-class postage affixed.

Ernesto J. Romero J.D.