UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

CARL WILSON,

    Plaintiff,

and

AUDREE WILSON,

    Plaintiff - Appellant,

v.

HARPERCOLLINS PUBLISHERS, INC., a Delaware corporation,

    Defendant - Appellee.

No. 97-2251
(D.C. No. CIV-94-892-JC)

---

ORDER

Filed September 23, 1997

Appellant's motion to dismiss is granted. 10th Cir. R. 27.3(i).

A certified copy of this order shall stand as and for the mandate of the court.

A true copy

Teste

Patrick Fisher
Clerk, U. S. Court of
Appeals, Tenth Circuit

By *[signature]*
Deputy Clerk

Entered for the Court
Patrick Fisher, Clerk of Court

by: *[signature]*
Deputy Clerk