UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
97 SEP 30 PM 4:05

*Robert M ...*
CLERK-ALBUQUERQUE

| | |
|---|---|
| CARL WILSON, | ) |
| Plaintiffs, | ) |
| versus | ) No. CIV 94 892 JC/LFG |
| HARPERCOLLINS PUBLISHERS, INC., | ) |
| Defendant. | ) |

## PLAINTIFF CARL WILSON'S UNOPPOSED MOTION TO DISMISS CLAIMS FOR LOST INCOME, LOST WAGES AND LOST PROFITS

COMES NOW, Plaintiff CARL WILSON to move the Court for the dismissal of his claims for lost income, lost wages and lost profits, and for grounds, shows the Court:

1. This motion is not opposed.

2. Plaintiff-Movant desires to withdraw his claims against defendant Harpercollins Publishers, Inc. for lost income, lost wages and lost profits and to have those claims dismissed with prejudice.

WHEREFORE, Movant-plaintiff Carl Wilson pray the Court's order dismissing his claims for lost income, lost wages and lost profits against defendant with prejudice.

Respectfully submitted,

BRONSON, BRONSON & McKINNON, LLP

By: _Mitchell Langberg_
Mitchell Langberg, Esq.
444 South Flower Street, 24th Floor
Los Angeles, Ca. 90071-2925
Telephone: (213) 627-2000
Attorneys for Plaintiffs

1

183

CERTIFICATE OF SERVICE

I certify I hand-delivered a true copy of the foregoing pleading to
William S. Dixon, Esq., Rodey, Dickason, Sloan, Akin & Robb P.A.,
P.O. Box 1888, Albuquerque, N.M. 87103-1888 and that I sent by
fascimilie transmission, a true copy thereof to Bruce Rich, Esq.,
Weil, Gotshal & Manges, 767 Fifth Avenue, New York, N.Y. 10153
this 9th day of September, 1997.

Ernesto J. Romero J.D.